# United States District Court

_____Southern_____  District of  _____Texas_____

UNITED STATES OF AMERICA
V.
**Israel AVILA Aguilar**

Mexico
A94 792 318

## CRIMINAL COMPLAINT

CASE NUMBER 1:07-PO- **3277**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about **March 15, 2007** in **Cameron** County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:

**The defendant was apprehended at Brownsville, Texas on November 27, 2007.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on March 15, 2007, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

S/  Miguel Anguiano        Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

November 29, 2007                              at        Brownsville, Texas
*Date*                                                             *City and State*

John Wm. Black        U.S. Magistrate Judge        S/
*Name and Title of Judicial Officer*                    *Signature of Judicial Officer*